**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Kendall Bell v. The State of Texas

Appellate case number:   01-15-00510-CR

Trial court case number: 1394740

Trial court:             263rd District Court of Harris County

On June 29, 2018, appellant filed in this court a motion for bail. We deny this motion.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
                 ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Keyes, Brown, and Caughey

Date: July 12, 2018